'Federal Court'
at
'District Court of the united States
for middle Alabama'

RECEIVED
2013 MAY 28 P 2: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:13-cv-387-MEF

i: a man;
*prosecutor*

)
)
)
)
)
)
)
)
)
)

**Nature of case: claim**

claim: trespass [forgery];

(verified)

_____

**DEPARTMENT OF HUMAN RESOURCES:**
*Wrongdoer*(s)

---

i, require: a 'court of record' ; 'trial by jury';

---

claim: trespass [forgery]

i, a man claim:

.   the said wrongdoer(s) trespass upon my property;

.   the causal agent of the trespass, comes by way of its use of a forged instrument;

.   the trespass did and does harm and injury to my property;

.   the commencement of the wrong and harm began on August 14, 2001;

.   the wrong and harm continues to this day, May 25, 2013;

.   i, require compensation for the initial and continual trespass upon my property;

.   compensation due: Three-hundred and Seventy-One million, Five-hundred and Twenty thousand dollars;

i, say here, and will verify in open court, that all herein be true

May 25, 2013