```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602027325
Cashier ID: khaynes
Transaction Date: 06/06/2013
Payer Name: KARL LENTZ
--------------------------------
CIVIL FILING FEE
 For: KARL LENTZ
 Case/Party: D-ALM-2-13-CV-000387-001
 Amount:         $400.00
--------------------------------
MONEY ORDER
 Check/Money Order Num: 20046483281
 Amt Tendered:   $50.00
MONEY ORDER
 Check/Money Order Num: 20046483281
 Amt Tendered:   $350.00
--------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

2:13-cv-00387-MEF-WC



Lentz v. Department of Human
Resources
```