RECEIVED
2013 JUN 11 P 12: 34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

'Federal Court'
at
'District Court of the united States
for middle Alabama'

i: a man;
*prosecutor*

)
)
)
)
)
)
)
)
)
)
)
)

2:13 – CV – 387 - MEF

Notice: 'PROOF OF SERVICE'

(verified)

DEPARTMENT OF HUMAN RESOURCES:
*Wrongdoer*(s)

---

Notice: 'PROOF OF SERVICE'

In regards to: 'PROOF OF SERVICE':

i, a man, now deliver upon the' Office of the Court Clerk', for the 'Federal Court',

'PROOF OF SERVICE', in that the 'DEPARTMENT OF HUMAN RESOURCES', has been

duly served my Suit, [*cf*. 2:13-cv-387-MEF] as of May 31, 2013

i, say here, and will verify in open court, that all herein be true

_____
Karl Lentz
JUNE 8, 2013

MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
MIDDLE ALABAMA

| | | |
|---|---|---|
| Karl Lentz | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| DEPARTMENT OF HUMAN RESOURCES | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE DEPARTMENT OF HUMAN RESOURCES
50 N. RIPLEY ST.
MONTGOMERY, AL. 36101
(334) 242-9330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Karl Lentz
P.O. Box 440
Lexington, VA. 24450

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date: _____       _____
                                         *Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* **Department of Human Resources**
was received by me on *(date)* **5/28/13**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with _____
 , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Laura Dodds** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Dept. of Human Resources**
on *(date)* **5/31/13** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: **5/31/13**

*Otis Crawford*
*Server's signature*

**Otis Crawford**
*Printed name and title*

CAPITOL INVESTIGATION
505 HEATHERWOOD DR.
BIRMINGHAM, AL 35244
(205) 991-5134
*Server's address*

Additional information regarding attempted service, etc: