Re: PROPIETY of the Case:
June 8, 2013
Karl Lentz
P.O. Box 440
Lexington, VA. 24450

RECEIVED

2013 JUN 11  P 12: 35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

███████ Greetings:

i, noticed on **PACER**, that you wish, to alter[1] my '*claim*', and covert it into a "Complaint",

i, believe this is going to be a cause of: an interference with my rights,

and; confusion to all, who will be reading my claim, in the [near] future;

If you are relying upon a "*law*", i, require of you, to tender to the '*Lentz Court*', your findings of facts and conclusions of law, for your actions;

Gødspeed,

_____
Karl Lentz



---

[1] See: '**JS-44 Form**', i, filed with the Office of the Court Clerk
**Originally : A Personal Injury Claim; #360; 'DIVERSITY; Right [Private Right of Action] ;
Altered into a: CIVIL RIGHTS *COMPLAINT*; 440: Other; 'FEDERAL QUESTION'; Title 42 § 1983.**

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Karl Lentz

**(b)** County of Residence of First Listed Plaintiff    Augusta
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Karl Lentz - (540) 245-0318
P.O. Box 440
Lexington, VA. 24450

## DEFENDANTS
DEPARTMENT OF HUMAN RESOURCES
50 N Ripley St.
Montgomery, AL 36130-1001

County of Residence of First Listed Defendant    MONTGOMERY
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

Sharon Ficquette (334) 242-9330

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
PRIVATE RIGHT [OF ACTION]
Brief description of cause:
FORGERY

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 371,520,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
05/25/2013

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Case 2:13-cv-00387-MEF-WC   Document 4   Filed 06/11/13   Page 3 of 4

# Exhibit 29:
## The federal district courts are courts of record

[§ 343] **2. Judges.**[80] The statute provides for the number and qualifications of judges and requires that every district judge shall reside in the district, or one of the districts, for which he is appointed.[81] During a vacancy in the office of district judge for a district coextensive with a state, no other judge is authorized to sit therein, and all judicial action remains in abeyance until the vacancy is filled, or another judge is designated, pursuant to law, to exercise the judicial functions temporarily.[82] Provision is made, however, for the designation of another judge in case of a vacancy in the office of judge of a particular district, or disqualification of the judge.[83]

[§ 344] **B. Character of Courts.**[84] The federal district courts are courts of record.[85]

[§ 345] **C. Terms and Sessions.**[86] Acts of a court done at a session held in conformity with a repealed act and before the time appointed under the repealing act which divided the district are void.[87] A court sitting in one division cannot make an order between terms of court of another division affecting a marshal's acts under an order of sale in admiralty made in the latter division.[88] Under the statute providing that special terms of any district court may be ordered by the district judge, and that "any business may be transacted at such special term which might be transacted at a regular term," a district court has jurisdiction at a special term to try a defendant on an indictment returned at a previous regular term, and it is not necessary that the order for the special term be incorporated in the record of the case to show such jurisdiction.[89] The court is open from the beginning of each session to its end for the return of writs on the criminal side, although it has adjourned as a criminal court.[90]

[§ 346] **D. Rules of Procedure.**[91] The district courts have power to make rules and orders regulating their own practice, provided such rules are not inconsistent with any law of the United States or any rule established by the supreme court with respect to practice in all district courts.[92] Except as otherwise provided by statute, or by rule of court, the practice in suits of equity and of admiralty and maritime jurisdiction must be according to the principles, rules, and usages which belong to courts of equity and of admiralty, respectively.[93]

[§ 347] **E. Jurisdiction**[94]—**1. In General.** The district courts are now the courts of general original jurisdiction in the federal judiciary system, and they have jurisdiction in all cases falling within the jurisdiction of federal courts,[95] except in so far as particular cases fall exclusively within the original jurisdiction of the supreme court,[96] laying out of consideration territorial and other similar statutory courts not vested with the federal judicial power.[97] Formerly the jurisdiction of the district courts was much more limited, the general original federal jurisdiction being divided between the district and the former circuit courts. Speaking generally the district court had jurisdiction of enumerated classes of cases, mainly, but not exclusively, cases with a governmental aspect,[98] while the circuit court had jurisdiction of the great mass of litigation in cases of a civil nature between private parties,[99] where the jurisdiction rested upon the citizenship, or char-

---

80. See also generally Judges [23 Cyc 499].
81. Jud. Code § 1.
82. U. S. v. Murphy, 82 Fed. 893.
83. Jud. Code § 13. See McDowell v. U. S., 159 U. S. 596, 16 SCt 111, 40 L. ed. 271; The Alaska, 35 Fed. 555; National Home for Disabled Volunteer Soldiers v. Butler, 33 Fed. 374.
  [a] Where there are two or more judges for a particular district, and the judge before whom an action or proceeding is to be tried is disqualified, a judge from another district may be designated, although the other judges of the district are not disqualified. In re DeRan, 260 Fed. 732.
  [b] It is only in the event of a vacancy, and not in the absence of the judge, that the statute takes effect. American L. & T. Co. v. East, etc., R. Co., 40 Fed. 182.
  [c] In case of the death of the disabled judge, the appointed judge holds court without further appointment as judge de facto if not de jure. Ball v. U. S., 140 U. S. 118.
  [d] After returning to his own district, a judge may entertain a motion for a new trial in a case heard in the other district. Cheesman v. Hart, 42 Fed. 98.
84. Amount in controversy see supra §§ 5, 79.

92. U. S. Rev. St. § 918; Fullerton v. U. S. Bank, 1 Pet. (U. S.) 604, 7 L. ed. 280; The Planet Venus, 113 Fed. 387.
  [a] A district court cannot by rule abolish chancery practice in that court, in violation of rules of supreme court for the regulation of federal courts in equity. Story v. Livingston, 13 Pet. (U. S.) 359, 10 L. ed. 200.
93. U. S. Rev. St. § 913; Gaines v. Relf, 15 Pet. (U. S.) 9, 10 L. ed. 642 (decided in 1841).
94. Amount in controversy see infra § 350.
95. See supra §§ 4-77.
96. Original jurisdiction of supreme court see supra §§ 191-199.
97. See infra § 353 et seq.
98. U. S. Rev. St. § 563.
  [a] The former jurisdiction of the district court, prior to the abolition of the circuit court by the Judicial Code, included: Jurisdiction of federal crimes and offenses; jurisdiction of suits for penalties and forfeitures incurred under the laws of the United States; jurisdiction of suits at common law by the United States or any officer thereof; jurisdiction of suits for forfeitures for debts to the United States; jurisdiction of actions arising under the postal laws; jurisdiction of all civil cases of admiralty and maritime ju-

mony); U. S. v. Block, 24 F. Cas. No. 14,610, 3 Biss. 208 (condemnation proceedings); U. S. v. Inlots, 26 F. Cas. No. 15,441 [aff 91 U. S. 367, 23 L. ed. 449]. (2) An action may be of a civil nature, and thus within the federal jurisdiction, although criminal in form. Illinois v. Illinois Cent. R. Co., 33 Fed. 721 (information in nature of quo warranto). (3) Actions to recover penalties for violation of a statute are not suits of a civil nature. Indiana v. Alleghany Oil Co., 85 Fed. 870, 873 ("The contention that the action is civil, and not penal, in its nature, because the statute of the state declares it to be a civil action, is untenable. If congress had intended that the form of the action should determine the right of removal, apt language would have been used to indicate that purpose. The language employed is 'suits of a civil nature.' If the form, rather than the nature, of the action had been intended to determine the right of removal, congress would undoubtedly have used the words 'suits civil in form,' or perhaps the more general expression 'civil suits,' instead of using the language employed. In using the language 'suits of a civil nature' it discloses the intent that the court should look beyond the form to the nature or purposes of



: notice



### UNDERSTANDING FEDERAL AND STATE COURTS

*Introduction*

The judicial system in the United States is unique insofar as it is actually made up of two different court systems: the federal court system and the state court systems. While each court system is responsible for hearing certain types of cases, neither is completely independent of the other, and the systems often interact. Furthermore, solving legal disputes and vindicating legal rights are key goals of both court systems. This lesson is designed to examine the differences, similarities, and interactions between the federal and state court systems to make the public aware of how each system goes about achieving these goals.

*Objectives*

After completing this lesson, one should be able to:

- Understand that the American judicial system is actually made up of two separate court systems: the federal court system and the state court systems.
- Know the structure of the federal court system and a typical state court system and be able to discuss the similarities and differences between the two.

**Jurisdiction of the Federal Courts**

The jurisdiction of the federal courts is spelled out in Article III, Section 2, of the United States Constitution. Federal courts are courts of limited jurisdiction because they can hear only two main types of cases:



1. *Diversity of Citizenship*
Federal courts can have jurisdiction over a case of a civil nature in which parties are residents of different states and the amount in question exceeds the amount set by federal law (currently $75,000). The federal courts are often required to apply state law when dealing with these cases since the issues concern matters of state law. The fact that the parties are from different states and that the amount in question is high enough is what enables us to get such cases into federal court.

*Jurisdiction of the State Courts*

The jurisdiction of the state courts extends to practically any case that does not fall within the exclusive jurisdiction of the federal courts. **State courts are common-law courts.** This means that they not only have the authority to apply the laws set forth by the legislatures, but in situations where there are no laws or areas not covered by acts of the legislature, the state courts have the power, to supply the right, problem. Examples of cases within the jurisdiction of the state courts usually include the following:

1. *Cases involving the state constitution*—Cases involving the interpretation of a state constitution.
2. *State criminal offenses*—Crimes defined and/or punished in the state constitution or applicable state statute. Most criminal offenses are state criminal offenses. These include offenses such as murder, theft, and trespassing, and destruction of property.
3. **Tort and personal injury law**—Civil wrongs for which a remedy may be obtained, usually in the form of damages; a breach of duty that the law imposes on everyone in the same relation to one another as those involved in a given transaction.

cf. JS-44 form #360

http://www.uscourts.gov/EducationalResources/FederalCourtBasics
/CourtStructure/UnderstandingFederalAndStateCourts.aspx

Page 1