RECEIVED

2013 JUN 11 P 12:35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

'Federal Court'
at
'District Court of the united States
for middle Alabama'

i: a man;
*prosecutor*

_____

**DEPARTMENT OF HUMAN RESOURCES:**
*Wrongdoer*(s)

)
)
)
)
)
)
)
)
)
)

2:13 – CV – 387 - MEF

Notice: 'right to pursue a claim'
[✓ Private Right of Action]

(verified)

---

### Notice: 'right to pursue a claim'

In regards to: 'right to pursue a claim':

i, a man, now require of the' Office of the Court Clerk', for the 'Federal Court', to not interfere with my right to pursue a claim:

    http://www.almd.uscourts.gov/faqs/prose_faq.htm :
    *"…If you are unable to find an attorney to represent you,*
    *you have the **right** to pursue your claim(s) **in the court** by*
    *appearing without representation…"*

i, say here, and will verify in open court, that all herein be true

                                                 Karl Lentz
                                                 JUNE 8, 2013



# Endnote regarding:
# Notice: right to pursue a claim
## [cf. Private Right of Action]

---

### http://www.almd.uscourts.gov/faqs/prose_faq.htm

*"...If you are unable to find an attorney to represent you, you have the right to pursue your claim(s) in the court by appearing without representation..."*

---

RIGHT OF ACTION: The privilege of instituting a lawsuit arising from a particular transaction or state of facts, such as a **suit that is based on** a contract or a TORT, *a civil wrong*

PROSECUTE: 15c., "follow up, **pursue**" (some course or action), from L. *prosecutus*, pp. of *prosequi* "follow after" (**See**: pursue). Meaning "bring to a court of law" is first recorded 1570s. *Prosecutor* in legal sense is attested from 1660s;

Definition of **Prosecute** is provided by 1913 Webster's Dictionary, **To seek to obtain by legal process; as, to prosecute a right in a court of law.**

CLAIM, ft. 1. A challenge, of the property or ownership of a thing which is wrongfully withheld from the possession of the claimant.

>   Stowel v. Zolreh" Plowd. 359 ;
>   Robinson T. Wi    ey, lo N. Y. A91 ;
>   Fordyce v. Godman, 20 Ohio St. 14 ;
>   Douglas v. Beasley, 40 Ala. 147 ;
>   Prigg v. Pennsylvania, 16 Pet. 615, 10 L. Ed. 1060 ; U. S. v. Rhodes (0. C.) 30 Fed. 433 ;
>   Silliman v. Eddy, 8 How. Prac. (N. Y.)

A claim is a right or title, actual or supposed, to a debt, privilege, or other thing in the possession of another ; not the possession, but the means, by or through which the claimant obtains the possession or enjoyment.

>   Lawrence v. Miller, 2 N. Y. 245, 254.

RIGHT: i, do not require a 'CIVIL RIGHT', when I already possess inherent rights in this matter now before the Court;

[FILED]

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
MIDDLE DISTRICT OF ALABAMA

SEP 19 2001

Civil Misc. No. 3100

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

<u>Professional Liability Insurance Reimbursement Plan</u>

<u>Justification</u>

The United States District and Bankruptcy Courts recognize that employees, in certain classes of positions, are more vulnerable to litigation that challenges the employee's liability for job related activities.

<u>Authority</u>

This professional liability insurance reimbursement plan is adopted pursuant to the authorities shown: Pub. L. No. 104-208, § 636 (1996); as amended by Pub. L. No. 105-277, § 644 (1998); as amended by Pub. L. No. 106-58, § 542 (1999); Proceedings of the Judicial Conference of the United States (JCUS-SEP 99, pp. 66-67).

<u>Employees Eligible for Reimbursement</u>

A. The following employees are eligible to claim reimbursement pursuant to this policy:

1. ~~Court Unit Executives and Chief Deputies~~
   Clerk, District Court
   Clerk, Bankruptcy Court
   ~~Chief Probation Officer~~
   Bankruptcy Administrator
   Chief Deputy Clerks, District and Bankruptcy Courts
   Deputy Chief Probation Officer

   [handwritten: Clerk]

2. Probation Officers, Pretrial Services Officers and Probation Officer Assistants (includes supervising probation officers and specialists).

3. <u>Management Officials as listed</u>:
   Financial Administrator
   Assistant Financial Administrator
   Systems Manager
   Human Resources Manager/Director

4. <u>Supervisors as listed</u>:
   Jury Administrator
   Case Administration Supervisor

*Professional Liability Insurance Reimbursement Plan*
*Page 2*

B.  Designation of an employee as eligible for reimbursement is not intended to recommend or discourage the purchase of a policy by an employee. Each employee must evaluate the risks related to him or her employment and compare the costs and benefits associated with such insurance.

C.  No employee of the court should endorse or recommend a policy offered by a company or association, but employees may provide information as to those insurers known to provide policies of this type to enable an employee to request information about the policies offered.

Definition of Professional Liability Insurance

Professional liability insurance is insurance that provides coverage for:

A.  Legal liability for damages due to injuries to other persons, damage to their property, or other damage or loss to such other persons (including the expenses of litigation and settlement) resulting from or arising out of any tortious act, error, or omission of the covered individual (whether common law, statutory or constitutional) while in the performance of such individual's duties as a qualified employee; and

B.  The cost of legal representation for the covered individual in connection with any administrative or judicial proceeding (including any investigation or disciplinary proceeding) relating to any act, error, or omission of the covered individual while in the performance of such individual's official duties as a qualified employee, and other legal costs and fees relating to such administrative or judicial proceeding.

Procedures for Claiming Reimbursement

Reimbursement request must be submitted to the Clerk of the District Court using the Professional Liability Insurance Reimbursement Program Form for Reimbursement Claim - (sample attached). Requests must be accompanied by a copy of the policy premium notice or statement of account showing the annual premium amount and the period covered by the policy. The request should indicate that the claim is being made pursuant to Pub. L. No. 104-208, § 636 (1996); as amended by Pub. L. No. 105-277, § 644 (1998); as amended by Pub. L. No. 106-58, § 542 (1999); Proceedings of the Judicial Conference of the United States (JCUS-SEP 99, pp. 66-67), and is in compliance with criteria established by the Judicial Conference and the Director of the Administrative Office.

Reimbursement will be made to the employee at the employee's current mailing address in