RECEIVED

**Federal Court'**
at
District Court of the united States
For middle Alabama

2013 JUN 17 P 2:32

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

|  |  |
|---|---|
| )  |  |
| )  | 2:13 – CV – 387 - MEF |
| **i: a man;** )  |  |
| *prosecutor* )  |  |
| )  |  |
| _____ )  |  |
| )  |  |
| **DEPARTMENT OF HUMAN RESOURCES:** )  | (verified) |
| *Wrongdoer*(s) )  |  |
| )  |  |

<u>order</u>

The *Lentz Court* requires a Magistrate, [*cf.* 28 U.S.C. § 636(b)(1)];

It has come to the attention of said *Court*, that the services of, Wallace Capal Jr., [Magistrate] are available to serve said *Court*;

If Wallace Capal Jr., believes he is qualified to minister the affairs of a 'court of record', his (honorable) services, will please said *Court*;

*[signature]*

June 12, 2013





# PRIORITY MAIL

## UNITED STATES POSTAL SERVICE

Flat Rate Mailing Envelope

Visit us at usps.com

**INTERNATIONAL RESTRICTIONS APPLY:**

Customs forms are required. Consult the International Mail Manual (IMM) at pe.usps.com or ask a retail associate for details.

TRY FLAT RATE PRIORITY MAIL PRE-PAID!
- Built-in Tracking
- Postage rate locked forever
- No shipping label required
- Free Package Pickup

uspsstore.stamps.com/prepaid

From:/Expéditeur:

Karl Lentz
P.O. Box 440
Lexington, VA. 24450

To:/Destinataire:

Debbie ~~Hackett~~ Court Clerk
One Church St.
Montgomery, AL. 36104

Country of Destination:/Pays de destination:


Please Recycle

This packaging is the property of the U... Service® and is provided solely for use... sending Priority Mail® shipments.
Misuse may be a violation of federal la... packaging is not for resale. EP14F-P-P... Postal Service; June 2012; All rights re...

EP14F-P-PP June 2012 © U.S. Postal...

Schedule package pickup right from y...



PS00001035014