# 'Federal Court'
at
District Court of the united States
For middle Alabama

RECEIVED
2013 JUN 19 A 11: 59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

i: a man  
*prosecutor*

_____

**DEPARTMENT OF HUMAN RESOURCES:**  
*Wrongdoer*(s)

)  
)     2:13 – CV – 387 - MEF  
)  
)  
)  
)  
)  
)     (verified)  
)  
)

### notice

The *Lentz Court* delivers *notice*:

   i, a man declare: any interference of; for, or; with the enjoyment of [my] property [the exercise of right(s)], by any qualified Employee, of court, will be held liable for damages due to injury and/or harm, resulting from or arising out of ANY tortuous act, error, or omission of the individual ['trespass upon the Case'];

   i, will require: compensation of one-dollar for every second ( *viz.,* moment in Time) for *any* trespass;

[signature]

June 15, 2013



copy

# PRIORITY MAIL
## UNITED STATES POSTAL SERVICE

7012 1640 0001 0911 8753

36104

$8.70
00051520-04

Flat Rate Mailing Envelope

Visit us at usps.com

**TRY FLAT RATE PRIORITY MAIL PRE-PAID!**
- Built-in Tracking
- Postage rate locked forever
- No shipping label required
- Free Package Pickup

uspsstore.stamps.com/prepaid

INTERNATIONAL RESTRICTIONS APPLY:

Customs forms are required. Consult the International Mail Manual (IMM) at pe.usps.com or ask a retail associate for details.

From/Expéditeur: 

## PRIORITY MAIL
### UNITED STATES POSTAL SERVICE
For Domestic and International Use

From  Karen Lewis
      PO Box 440
      Lexington, VA 24450

TO  Debbie Hac Court Clerk
    One Church ST
    Montgomery, AL. 36104

Label 228, January 2008


PS00001035014

Please Recycle

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F-P-PP © U.S. Postal Service; June 2012; All rights reserved

EP14F-P-PP June 2012  © U.S. Postal Service

Schedule package pickup right from your home or office at usps.com/pickup
Print postage online