# 'Federal Court'
at
District Court of the united States
For middle Alabama

RECEIVED
2013 JUN 19 A 11: 59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

i: a man;
prosecutor

)
)
)
)
)
)
)
)
)
)

**2:13 – CV – 387 - MEF**

(verified)

_____

**DEPARTMENT OF HUMAN RESOURCES:**
   *Wrongdoer*(s)

## notice

The **Lentz Court** delivers *notice*:

i, a man declare: the **DEPARTMENT OF HUMAN RESOURCES'** (hereinafter- 'DHR'), and its

commissioner are interchangeable [The man known as ' Ira DeMent, did also hold this belief;

by his actions, as a Senior District Judge];

**MEMORANDUM OPINION AND ORDER IRA DE MENT,** Senior District Judge:

"...*the commissioner of the Alabama Department of Human Resources*
   *("DHR") is the defendant ... Because a lawsuit against a public official*
   *in his official capacity is, in effect, a suit against the underlying public*
   *entity, the court refers to "Defendant" and "DHR" interchangeably."*
   ~ R.C. v. Walley ("R.C. I"), 390 F. Supp.2d 1030 (M.D. Ala. 2005).

June 15, 2013



Copy