# 'Federal Court'

at

District Court of the united States

For middle Alabama

RECEIVED
2013 JUN 19 A 11:59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

i: a man;  )
*prosecutor*  )
_____  )
                )
DEPARTMENT OF HUMAN RESOURCES:  )
    *Wrongdoer(s)*  )
                )
                )

2:13 – CV – 387 - MEF

(verified)

## notice

The *Lentz Court* delivers *notice*:

i, a man declare:

1). For the first (approximately) six-years of the wrong, [2001- 2007]

   the **DEPARTMENT OF HUMAN RESOURCES** (hereinafter- 'DHR') was under the control of a Consent Decree [RC Consent Decree of 1991]

2). The '**DHR**' was under the control of 'THE UNITED STATES DISTRICT COURT FOR MIDDLE ALABAMA (hereinafter – '**ALMD**');

3). The '**ALMD**' was under the control of:

   (a). William Harold Albritton III, [Chief Judge];

   (b). Mark Fuller [Chief Judge];

4). The man known as 'Mark Fuller', has been assigned, by the 'Office of the Court Clerk', into the position of 'Presider', within 'My Case';

_____ Lentz

June 15, 2013



Copy