in
# 'Federal Court'
at
District Court of the united States
For middle Alabama

RECEIVED

2013 JUN 25  A 11: 41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:13 – CV – 387 - MEF

**i: a man;**
*prosecutor*

_____

**DEPARTMENT OF HUMAN RESOURCES:**
*Wrongdoer*(s)

)
)
)
)
)
)
)
)
)

**(verified)**

## notice: venue

The *Lentz Court* presents *notice*:

**Firstly:**    i, a man, enter **'my case'**, [ suit; accoutrements; &cs...] *into* **'Federal Court'**;

**Secondly:**  **'Federal Court'** is to convene *at*, a *public courthouse* (venue);

**Thirdly:**    The public courthouse, in where 'my case' lies, is known as a *federal district court*;

**Fourthly:**   The *federal district court* is *at* a location also refered to as :
- 'THE FRANK M. JOHNSON COMPLEX'
- 'THE UNITED STATES DISTRICT COURT FOR MIDDLE ALABAMA NORTHER DIVISION'
- 'The district court of the united States' ;

**Fifthly:**    The Name of the *public courthouse* varies but, at all times 'my case' lies **'in Federal Court'**;

**Sixthly:**    I, say here, and will verify in open court, that all herein be true;

June 19, 2013



Kallmz
P.O. Box 440
Lexington, VA 24450

7012 1640 0001 0911 9149

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**™

7012 1640 0001 0911 9149

DEBBIE: Court Clerk
One Church ST.
MonTGomery, AL. 36104



JUN 22 2013

FOREVER
USA

USPS

U.S. POSTAGE
PAID
LEXINGTON, VA
24450
JUN 22 13
AMOUNT
$3.10
00051520-04

36104