in
# 'Federal Court'
at
District Court of the United States
For middle Alabama

RECEIVED
2013 JUN 25  A 11: 4
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:13 – CV – 387 - MEF

i: a man;   )
*prosecutor*   )
_____   )
   )
**DEPARTMENT OF HUMAN RESOURCES:**   )   (verified)
*Wrongdoer*(s)   )
   )

### notice: jurisdiction

the *Lentz Court* presents notice:

| | |
|---|---|
| ~~Firstly:~~ | ~~i, may 'my case'~~, [ suit; accoutrements; &cs...] *into* **'Federal Court'**; |
| **Secondly:** | i, pay money into **'Federal Court'**; |

> "A party paying money *into* Court, admits the jurisdiction of such Court, and can not plead in abatement to it." ~ J. Chitty pg. 444 (1851)

| | |
|---|---|
| **Thirdly:** | **'Federal Court'**, is a **'court of record'**; |
| | 25 C.J. Vol., *Federal Court* § 344, pg. 974 |
| **Fourthly:** | In a **'court of record'**, the magistrate is independent of the tribunal; |
| | Blacks Law Dictionary, 4th Ed. pg. 1014 |
| **Fifthly:** | A **'court of record'**: acts in accordance with common law; |
| | Blacks Law Dictionary, 4th Ed. pg. 1014 |
| **Sixthly:** | Suits in common law, the right of trial by jury shall be preserved; |
| | Seventh Amendment |
| **Seventhly:** | The jury can take upon themselves and determine at their own hazard, the questions of fact and law;  [*cf.* Littleton § 386 ; Bl. Comm. § 378 ]; |
| **Eighthly:** | i, say here, and will verify in open court, that all herein be true |

*[signature]*
June 19, 2013

