in
# 'Federal Court'

RECEIVED
District Court of the united States
For middle Alabama
2013 JUN 25  A 11: 41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| i: a man; *prosecutor* | 2:13 – CV – 387 - MEF |
| | ) |
| ――――――――― | ) |
| | ) |
| **DEPARTMENT OF HUMAN RESOURCES:** *Wrongdoer(s)* | )   (verified) |
| | ) |
| | ) |

### notice: Signatures:

the *Lentz Court* presents notice:

**Firstly:**    i, a man, declare and require: all documents (including recomendations and orders) being placed into the 'case' file to have affixed upon it a "wet-ink" (blue ink) signature of its creator, (NO RUBBER STAMPS) all documents submitted without "wet-ink" (blue ink) signature the Court will take notice as a contempt of court and will be VOID ;

**Secondly :**    i, say here, and will verify in open court, that all herein be true

*[signature]*
June 19, 2013

