in
# 'Federal Court'
at
District Court of the united States
For middle Alabama

RECEIVED
2013 JUN 25 A 11: 41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:13 – CV – 387 - MEF

i: a man;
*prosecutor*

_____

**DEPARTMENT OF HUMAN RESOURCES:**
*Wrongdoer*(s)

)
)
)
)
)
)
)

(verified)

### notice: Verifications:

the *Lentz Court* presents notice:

**Firstly:**    i, a man, declare and require: all documents (including recomendations and orders) being placed into the 'case', are to be verified in open court, under oath or affirmation, all documents submitted without verification Court will take notice as a contempt of court and will be VOID;

'

**Secondly :**    i, say here, and will verify in open court, that all herein be true

_____
June 19, 2013

