in

# 'Federal Court'

RECEIVED at

District Court of the united States

For middle Alabama

2013 JUN 25  A 11: 41

DEBRA P. HACKETT, CLE

U.S. DISTRICT COURT

MIDDLE DISTRICT ALA

2:13 – CV – 387 - MEF

**i: a man;**
*prosecutor*

_____

)
)
)
**DEPARTMENT OF HUMAN RESOURCES:**        )                    **(verified)**
*Wrongdoer*(s)                                             )
)
)

## notice: Time Stamp Documents:

**Firstly:**    i, a man, declare, that all documents filed through the 'Office of the Court Clerk', must be "time stamped"

**Secondly:**    i, require all documents (including recomendations and orders) being placed into the 'case' file to have affixed upon it a "wet-ink" (blue ink) signature of its creator, (NO RUBBER STAMPS) all documents submitted without "wet-ink" (blue ink) signature Court will take notice as a contempt of court and will be VOID ;

**Thirdly:**    i, require all documents (including recomendations and orders) being placed into the 'case', are to be verified in open court, under oath or affirmation, all documents submitted without verification Court will take notice as a contempt of court and will be VOID;

**Fourthly:**    i, Any say here, and will verify in open court, that all herein be true

June  19,  2013



SCANNED