in
# 'Federal Court'
at
district court of the united States
for middle Alabama

RECEIVED
2013 JUN 27

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**i: a man;**
*prosecutor*

_____

**DEPARTMENT OF HUMAN RESOURCES:**
*Wrongdoer(s)*

2:13 – CV – 387 - MEF

(verified)

## order:

- **DEPARTMENT OF HUMAN RESOURCES** (hereinafter – DHR) answers (DOC 7):

- **DHR** admits to the Wrong [12(b)(6)], but believes there are "loop-holes" (technicalities) in which DHR hopes to [a]void paying compensation for the wrong;

- Henceforth, the only duties of the Referral (or Presider) are:
    1. to act as a impartial third-party witness (independent of the tribunal);
    2. to maintain Court decorum during the 'trial by jury';
    3. to bear witness for the Court Clerk of the verdict of the jury;

- i, claim it is *necessary and proper* for 'my case' to stay its course:
    1. for i, to present 'my case', in a public venue, by way of a 'trial by jury' [the public at Large *needs to be made aware* of the wrongdoers amongst them];
    2. for 'DHR':
        - to have due-process before a 'trial by jury';
        - to testify in open court, under oath or affirmation, in order for DHR to present the merits of the "loop holes", before a 'trial by jury';
    3. until DHR, tenders compensation for damages;

_____
June 24, 2013



**EXTREMELY URGENT**   Please Rush To Addressee

Schedule package pickup right from your home or office at usps.com/pickup

Print postage online - Go to usps.com/postageonline



```
U.S. POSTAGE
    PAID
LEXINGTON,VA
   24450
JUN 25, 13
  AMOUNT
```

**PLEASE PRESS FIRMLY**                    **PLEASE PRESS FIRMLY**        1007    **$19.95**
                                                                                   00051520-12



# EXPRESS MAIL
**UNITED STATES POSTAL SERVICE**

## Legal Size Envelope
For Domestic and International Use



When used internationally affix customs declarations (PS Form 2976, or 2976A).

**EG865265216US**

EG865265216US

Place Mailing Label

**EXPRESS MAIL** — UNITED STATES POSTAL SERVICE

Addressee Copy
Label 11-B, March 2004

**Post Office To Addressee**

**DELIVERY POSTAL USE ONLY**
Delivery Attempt / Mo. / Day / Time / AM / PM / Employee Signature
Delivery Attempt / Mo. / Day / Time / AM / PM / Employee Signature
Delivery Date / Mo. / Day / Time / AM / PM / Employee Signature

**CUSTOMER USE ONLY**

**WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

**NO DELIVERY**  Weekend / Holiday / Mailer Signature

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code | Day of Delivery | Postage $
Next / 2nd / 2nd Del. Day | Scheduled Date of Delivery | Return Receipt Fee $
Date Accepted | Month / Day
Mo. / Day / Year | Scheduled Time of Delivery | COD Fee $ | Insurance Fee $
Time Accepted AM/PM | Noon / 3 PM | Military | Total Postage & Fees $
Flat Rate or Weight lbs. ozs. | 2nd Day / 3rd Day | Int'l Alpha Country Code | Acceptance Emp. Initials

**FROM:** (PLEASE PRINT)   PHONE (   )

**TO:** (PLEASE PRINT)   PHONE (   )

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call **1-800-222-1811**

USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps

Cradle to Cradle Certified℠ is a certification mark of MBDC.

Please recycle.

PRESS HARD. YOU ARE MAKING 3 COPIES.

Visit us at usps.com

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13L © U.S. Postal Service; Oct. 2006; All rights reserved.

EP13L