in
# 'Federal Court'

RECEIVED
2013 JUN 27 P 12: 50

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

district court of the united States
for middle Alabama

2:13 - CV – 387 - MEF

i: a man;
*prosecutor*

)
)
)
DEPARTMENT OF HUMAN RESOURCES:           )           (verified)
   *Wrongdoer*(s)                        )
                                         )
                                         )

### notice: 'PACER':

The *Lentz Court* presents notice:

i, notice a case filed [a few moments] after '*my case*' (see: Exhibit '**44**') stylized by the Court Clerk as:
- Jurisdiction: **28:1332: Diversity – Breach of Contract**.
- Nature of Suit: **190 Contract: Other**
- Cause of Action: **Diversity – Breach of Contract**

i, have required of the Court Clerk to stylize '*my case*', (see: DOC. 4 pg. 2 ) as a *claim*, upon 'PACER' as:
- Jurisdiction: **28:1332: Diversity**
- Nature of Suit: **360 Personal Injury: Other**
- Cause of Action: **Diversity - Forgery**

To date June 24, 2013 the Court Clerk, converted '*my case*', into a **COMPLAINT** as 'PACER', reads:
- Jurisdiction: **42: 1983: Civil Rights Act:**
- Nature of Suit: **440 Civil Rights: Other**
- Cause of Action: **Diversity – Forgery**

i, require[d] of the Court Clerk [ *numerous times*] (see: **DOC. 4** ) to give her findings of facts and conclusion in law  as to how making such an utterance [false] upon 'PACER' would be a benefit, of; for, or; to:
1. the public [at large];
2. those of the *Lentz Court*;
   a) i, a man [prosecutor] ;
   b) the Defendant;
   c) the Referral;
   d) the Presider;
   e) the Court Clerk

To date the Court Clerk has failed to "explain" her acts

June 23, 2013





NOS: Civil Rights?

i am not making a Claim that i possess "Civil Rights"

Jurisdiction: FEDERAL Question — what Question? In my case i only make one claim

CM/ECF - U.S. District Court:...

https:// uscourts.gov

File Edit View Favorites Tools Help

PACER Suggested Sites Web Slice Gallery IRA DEMANT Leagle.com

Page Safety Tools

CM ECF Query Reports Utilities Logout

| | | | |
|---|---|---|---|
| 2:13-cv-00387-MEF-WC<br>**Lentz v. Department of Human Resources (MAG+)** | *Case filed:* 06/05/2013 | 19 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Montgomery<br>*Jurisdiction:* Federal Question<br>*Presider:* Mark E. Fuller<br>*Referral:* Wallace Capel, Jr<br>*Jury demand:* Plaintiff<br>*Case flags:* MAG+ |
| 2:13-cv-00388-TMH-SRW<br>**Oden v. Thomas et al(INMATE 2)** | *Case filed:* 06/06/2013 | 18 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 555 Habeas Corpus (Prison Condition)<br>*Office:* Montgomery<br>*Jurisdiction:* Federal Question<br>*Presider:* Truman M. Hobbs<br>*Referral:* Susan Russ Walker<br>*Jury demand:* None<br>*Case flags:* INMATE,MULLIKIN |
| 2:13-cv-00390-MEF-SRW<br>**Scroggins v. Wells Real Estate Funds, Inc.** | *Case filed:* 06/06/2013 | 18 | *Cause:* 28:1332 Diversity-Breach of Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Montgomery<br>*Jurisdiction:* Diversity<br>*Presider:* Mark E. Fuller<br>*Referral:* Susan Russ Walker<br>*Jury demand:* Plaintiff |

**Total number of cases reported:** 8

EXHIBIT '44'

Note well... The "Diversity" Button on the Clerk's computer Functioning