*in*
# 'Federal Court'
### RECEIVED
district court of the united States
for middle Alabama

2013 JUN 27 P 12: 50

DEBRA P. HACKETT, CLK | 2:13 – CV – 387 – MEF
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

i: a man;
*prosecutor*

_____

DEPARTMENT OF HUMAN RESOURCES:             )          (verified)
   *Wrongdoer*(s)

### notice: Agents of Federal Government:

The *Lentz Court* presents notice:

**Firstly:**   DEPARTMENT OF HUMAN RESOURCES ( herein – 'DHR') is an agent of the federal government;

> **The Code of Alabama 1975 § 38 -2-6 (5) 'DHR': Duties, powers, and responsibilities of state department:**
> "*Act as the agent of the federal government in welfare matters of mutual concern, and in the administration of any federal funds granted to the state to aid in the furtherance of any of the functions of the state department, and be empowered to meet such federal standards as may be established for the administration of such funds*".

**Secondly:**   There is appears to be a "*conflict of interest*" as, Wallace Capal Jr., at times, acts as a federal agent;

**Thirdly:**   i, am not competent in legalese but, within a (legalese) letter sent to me, by Wallace Capal Jr., a *Referral*; he believes that the **'UNITED STATES DISTRICT COURT FOR MIDDLE ALABAMA NORTHERN DIVISION'** (herein – **ALMD**) has no jurisdiction over a[nother] federal agent;

**Fourthly:**   Wallace Capal Jr., must *not* have noticed that the **ALMD** had jurisdiction of 'DHR' for 18-years, its control over DHR has just ended as of January 16, 2007 **(See: RC Consent Decree of 1991)**;

**Fifthly:**   If it is the belief of others of the **ALMD**, that it has no jurisdiction over 'DHR', fortunately for i, a man, i have the [inherent]: capacity; power; right; authority to summon *any* wrongdoer [*viz.*, federal agent(s)] into a 'court of record', and have *whomever* tried before a 'trial by jury';

_____
June 23, 2013

