in
# 'Federal Court'

district court of the united States
for middle Alabama

RECEIVED
2013 JUL 27 P 12:50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:13 – CV – 387 - MEF

i: a man;
*prosecutor*

)
)
DEPARTMENT OF HUMAN RESOURCES:  )    (verified)
   *Wrongdoer(s)*           )
)

## notice: laches:

The *Lentz Court* presents notice:

**Firstly:** i, a man, declare as a man, I am not bound by legalese laches;

> **4. NO LACHES can be imputed to the public**
> 4 Mass. Rep. 522; 3 Serg. & Rawle, 91;
> 4 Henn. & Munf. 57; 1 Penna. R. 476. Vide 1 Supp. to Ves. Jr. 436;
> 2 ld. 170;
> Dane's Ab. Index, h.t.;
> 4 Bouv. Inst. n. 3911

**Secondly:** It appears to *Court*, that the attorney for the DHR, is unaware that as when I was made known as to how the 'wrong' (i, claim) was committed, did not occur until July 2, 2009 [well within his Alabama's Statutes of limitations];

**Thirdly:** **I do not converse in legalese, nor is there a law which claims i, must in order to pursue a claim through this public venue;**

**Fourthly:** i say here, and will verify in open court, that all herein be true;

_____
June 23, 2013

