in
# 'Federal Court'
at
District Court of the united States
For middle Alabama

RECEIVED
2013 JUN 27 P 12: 50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

i: a man;  
*prosecutor*

_____

**DEPARTMENT OF HUMAN RESOURCES:**  
*Wrongdoer*(s)

)
)
)
)
)
)
)
)

2:13 – CV – 387 - MEF

(verified)

## notice: nature of party:

The *Lentz Court* presents notice:

**Firstly:**  i, declare that the nature of the party who presents *his* case, before court, is a man;

**Secondly:**  i, say here, and will verify in open court, that all herein be true;

June 23, 2013

