in
## 'Federal Court'

at
district court of the united States
for middle Alabama

RECEIVED
2013 JUN 27  P 12: 50

DEBRA P. HACKETT, CLK
U.S) DISTRICT COURT
MIDDLE DISTRICT ALA.

i: a man;
*prosecutor*
_____

DEPARTMENT OF HUMAN RESOURCES:
    *Wrongdoer*(s)

)
)
)
)
)
)
)

2:13 – CV – 387 - MEF

(verified)

### notice: Time Stamp:
[Supplemental to: *notice: Time Stamp Documents*: June 19, 2013]

The *Lentz Court* presents notice:

**Firstly:** This notice is to aid and protect the Court Clerk from *any* claim of injury or harm due to or arising from tortious acts, errors, or omissions while in the performance of such individual's duties as an Officer of said *Court*, in regards to: "Time Stamp";

**Secondly:** i, a man require, of the Court Clerk, that the instant of presentment of, any and all documents [articles], said Clerk must affix the proper "time stamp";

**Thirdly:** If the Court Clerk, *forgot* to affix a "Time Stamp", upon certain articles, i, will forgive those of their, *trespass on the case*, [as i, would wish forgiveness of those upon whom i trespass] upon the condition they offer a cure to remedy, the wrong;

**Fourthly:** i, say here, and will verify in open court, that all herein be true;

June 23, 2013

