in
# 'Federal Court'
at
district court of the united states
for middle Alabama

2013 JUN 27 P 12: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:13 – CV – 387 - MEF

i: a man;  )
*prosecutor*  )
_____  )
  )
DEPARTMENT OF HUMAN RESOURCES:  )   (verified)
   *Wrongdoer(s)*  )
  )

## notice: magistrate:
[Supplemental to: *notice: Magistrate*, June 13, 2013]

The *Lentz Court* presents notice:

**Firstly:**   i, a man, declare in and on behalf of the *Lentz Court* (in this instant case), it is *necessary and proper* that a person be summoned into the office of, 'Magistrate';

**Secondly:**   A 'Magistrate' is to be: independent of the tribunal; *fair and just*; a 'third-party impartial witness' to tender back to the Court Clerk the verdict of the jury;

**Thirdly:**   On June 12, 2013, i, made my wish known, that if, 'Wallace Capal Jr.,' (a man), believes he is *qualified* to minister the affairs as a 'Magistrate, for a '*court of record*', his services would please said *Court* (to date, the man, fails to tender an Answer);

**Fourthly:**   i, took notice on 'PACER' that a man: a Presider: 'Mark Fuller', has assigned 'Wallace Capal Jr.,' to Magistrate the affairs of a case '2:13-CV-387-MEF', 'IN THE UNITED STATES DISTRICT COURT FOR MIDDLE ALABAMA NORTHERN DIVISION', if he is predisposed within that '*CASE*', please advise as to whom within the '*Office of the Court Clerk*', is available to [at]tend to The *Lentz Court* ;

**Fifthly:**   i, say here, and will verify in open court, that all herein be true;

June 23, 2013

