in
# 'Federal Court'

district court of the united States
for middle Alabama

RECEIVED
2013 JUN 27 P 12: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

|  |  |  |
|---|---|---|
| i: a man; prosecutor | ) ) ) ) | 2:13 – CV – 387 - MEF |
| ──────────── | ) |  |
| DEPARTMENT OF HUMAN RESOURCES: Wrongdoer(s) | ) ) ) ) | (verified) |

### notice: Jurisdiction:
(Diversity)

[Supplemental to: *notice: Jurisdiction:* June 19, 2013]

The *Lentz Court* presents notice:

**Firstly:**   i, a man, declare the nature of the parties are diverse; [nature of prosecutor: *man*];

*cf.* 28 USC § 1332

**Secondly:**   i, say here, and will verify in open court, that all herein be true;

────────────────
June 23, 2013

