in
# 'Federal Court'
at
district court of the united States
for middle Alabama

2013 JUN 27 P 12: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

2:13 – CV – 387 - MEF

**i: a man;**
*prosecutor*

_____

**DEPARTMENT OF HUMAN RESOURCES:**
    *Wrongdoer(s)*

(verified)

## notice: Characteristic of party:
*claimant* / "*PLAINTIFF*",

The *Lentz Court* presents notice:

**Firstly:** i, declare that a characteristic of the man, who moves his Court and 'my case' (which contains my claim) through this venue, is that of a **claimant** and not that of a *PLAINTIFF*;

**Secondly:** Any document filed into 'my case' with the word "*PLAINTIFF*" affixed, court is to take notice of the wrongful conversion and see the word as, **claimant**;

**Thirdly:** Any further references to i, a man, the **claimant**, as being refered to as "*PLAINTIFF*", court is to take notice as, **contempt of court** ;

> CLAIM: A claim is a challenge of the ownership of a thing which a **man** has not in possession, and is wrongfully withheld by another. Plowd. 359; Wee i Dall.444; 12 S. & R. 179.
> 1. To demand by or as by virtue of a right; demand as a right or as due: to claim an estate by inheritance
> 2. To assert and demand the recognition of (a right, title, possession, etc.); assert one's right to: to claim payment for services.
> CLAIMANT, n.:
> 1. A person who claims; one who demands any thing as his right.
> 2. A person who has a right to claim, or demand.

> PLAINTIFF: 1400, from Anglo-Fr. *pleintif* (late 13c.), noun use of O.Fr. *plaintif* "complaining; wretched, miserable," from *plainte* (see *plaint*). Identical with *plaintive* at first; the form that receded into legal usage retained the older -iff spelling

**Fourthly:** i, say here, and will verify in open court, that all herein be true;

June 23, 2013

