in
## 'Federal Court'
at
district court of the united States
for middle Alabama

RECEIVED
2013 JUN 27 P 12: 51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:13 – CV – 387 - MEF

i: a man;
*prosecutor*

_____

**DEPARTMENT OF HUMAN RESOURCES:**
*Wrongdoer*(s)

)
)
)
)
)
)
)
)
)

(verified)

### notice: Jurisdiction:
(Saving to suitor)
[Supplemental to: *notice: Jurisdiction:* June 19, 2013]

The *Lentz Court* presents notice:

**Firstly:**   i, a man, as suitor, will choose the manner in which i, present my case to the Jury;

> *cf.* U.S. Const. amend. IX

**Secondly:**   No man, nor person within this Courthouse, has the capacity to: interfer; ammend; alter; modify; interpret; deny my claim, prior to a verdict tendered from a jury;

> *cf.* Littleton § 386 ; Bl. Comm.  § 378

**Thirdly:**   i, declare the right: to; of, and/or; for a 'trial by jury';

> *cf.* U.S. Const. amend. XI

**Fourthly:**   i say here, and will verify in open court, that all herein be true;

_____
June 23, 2013

