in
# 'Federal Court'
at
district court of the united States
for middle Alabama

2013 JUN 27  P 12: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:13 – CV – 387 - MEF

i: a man;
*prosecutor*

_____

**DEPARTMENT OF HUMAN RESOURCES:**
    *Wrongdoer*(s)

(verified)

### notice: *suverän* / Sovereign:

The *Lentz Court* presents notice:

**Firstly:** i, declare that if **DEPARTMENT OF HUMAN RESOURCES** (hereinafter – DHR) claims to possess power of that of *suverän* [a God] such a claim would be a frivoluous for DHR is a **BOUND** *person*;

**Secondly:** DHR is bound by: LAWS; RULES; REGULATIONS; ORDINANCES; *CONSENT DECREES*; STAUTES; CODES; POLOCIES…;

**Thirdly:** *SOVERIEGN* is a perfect example of a word in which a (religious) cult; a government, or a legal society, takes for itself a word found amongst the common-parlance (*suverän*) and converts / perverts "*it*" into a *term of art*, in order to afford itself godlike status, to shield it from *claims of wrong* made [wo]man, in which it serves;

> WEBSTERS 1828: Dr. Webster says, — " *We retain this barbarous orthography from the Norman souvereign. The true spelling would be a barbarous orthography from the Norman sovereign. The true spelling would be suverän from the L. supernes, superus, suverän (comparative suveränare, superlative suveränast.)*"

**Fourthly:** *Note well*, that a man known as 'Ira DeMent', a Judge, [Your colleague] of this federal court, [on July 19 1989, in a 'private right of action' case] determined that the 'DHR' lacked Qualified Immunity [ a much lesser degree of *Immunity* than *Sovereign*] he also ruled against the DHR on its 11th Amendment Status;

**Fifthly:** i say here, and will verify in open court, that all herein be true;

_____
June 23, 2013

