in
# 'Federal Court'

at
District Court of the united States
For middle Alabama

RECEIVED
2013 JUN 27 P 12: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:13 – CV – 387 - MEF

i: a man;
*prosecutor*

_____       )
                                                    )
DEPARTMENT OF HUMAN RESOURCES:    )        (verified)
    *Wrongdoer*(s)                              )
                                                    )
                                                    )

### notice: Characteristic of party:
prosecutor / *PRO SE*

The *Lentz Court* presents notice:

**Firstly:**   i, declare that a characteristic of the man, who moves *his* Court and 'my case' (through this venue), is that of a **prosecutor** and not that of a *"PRO SE"*;

**Secondly:**  Any document filed into 'my case' with the word *"PRO SE"*; affixed, court is to take notice of the wrongful conversion and see the word as, **prosecutor**;

**Thirdly:**   Any further reference(s) to i, a man, the **prosecutor**, as being refered that *thing* stylized as a *"PRO SE"*, court is to take notice as, **contempt of court** ;

> **PROSECUTOR: n.: 1.** One who pursues or carries on any purpose, plan or business.

**Fourthly:**  i, say here and will verify in open court, that all herein be true;

June 23, 2013

