in
# 'Federal Court'
at
district court of the united States
for middle Alabama

2013 JUN 27 P 12: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:13 – CV – 387 - MEF

i: a man;
*prosecutor*

_____

**DEPARTMENT OF HUMAN RESOURCES:**
*Wrongdoer*(s)

) (verified)

### notice: Characteristic of party:
common parlance / LEGALESE

The *Lentz Court* presents notice:

**Firstly:** i, have been receiving letters in my mailbox and it appears a man: Larry Lynn and a man: Wallace Capal Jr., are attempting to communicate to i, a man in a language foreign to me, i, believe it is called "*legalese*"
    Examples…
      1. "*A "PRO SE " is held to a less stringent standard than those of attorneys*"
      2. "*dismissal of the complaint for failure to state a cause of action is appropriate when no construction of the factual allegations of the complaint will support the cause of action*"

**Secondly:** i do not have to attempt to decipher such *incantations,* for 'my case' lies in 'federal court' a 'court of record', which converses in the words found amongst the common parlance;

**Thirdly:** i, do *NOT* converse in Legalese [*nor Chinese; Nipponese; Spanglishese…*];

**Fourthly:** There is no *law* in which i, subscribe to, which compels me to accept; translate; deciper, or make use my limited and valuable resources upon documents tendered in Legalese;

**Fifthly:** i, do not lower my status to that of an attorney, for i, will stand in open court and affirm all i, said within the written word and all i, will say (*viva voce*) is true, and attorney will *not*;

**Sixthly:** By the shows and actions of Larry and Wallace, *proves* it is *necessary and proper* for a 'trial by jury' to, commence posthaste;

**Seventhly:** i, say here and will verify in open court, that all herein be true;

_____
June 23, 2013

