in
# 'Federal Court'
at
District Court of the united States
For middle Alabama

RECEIVED
2013 JUL -1 P 2: 02
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| i: a man; *prosecutor* | ) |
| | )     2:13 – CV – 387 - MEF |
| | ) |
| **DEPARTMENT OF HUMAN RESOURCES:** | )     (verified) |
| *Wrongdoer*(s) | ) |

### notice: party (Real):

The *Lentz Court* presents notice:

**Firstly:**    i, a man, declare my claim is against the Wrongdoer(s) who throughout the years has referred to himself/herself as: **'DEPARTMENT OF HUMAN RESOURCES'** (herein – DHR);

**Secondly:**    A man known as Larry Lynn claims to be: "***COUNSEL FOR** ALABAMA **DEPARTMENT OF HUMAN RESOURCES***";

**Thirdly:**    Within 'my case' i, claim: DHR; is the Wrongdoer(s);

**Fourthly:**    At this time *Court* does not notice the interloper a: **ALABAMA DEPARTMENT OF HUMAN RESOURCES** as the same *person* as DHR;

**Fifthly:**    *Court* will accept that DHR commerces in other names/titles upon proof of claim;

**Sixthly:**    i, say here, and will verify in open court, that all herein be true

_____
June 27, 2013

