in
# 'Federal Court'
at
district court of the united States
for middle Alabama

RECEIVED
2013 JUL -1 P 2:02
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**i: a man;**
*prosecutor*

2:13 – CV – 387 - MEF

**DEPARTMENT OF HUMAN RESOURCES:**
*Wrongdoer(s)*

(verified)

## notice: real party:
Supplemental to: *Verifications: June 19, 2013:* DOC 15

The *Lentz Court* presents notice:

**Firstly:**  i, a man, declare: a man, Larry Lynn, *claims* to be COUNSEL FOR [ALABAMA] DEPARTMENT OF HUMAN RESOURCES (hereinafter -- DHR) and *he* requests to dismiss '*my case*';

**Secondly:**  The Answer [*opinions*] from [a] Counsel, whilst enlightening to Court are not sufficient for purposes of granting a motion to dismiss, for how does Court "*know*" this is what the DHR truly *believes*, the Court is to afford DHR the right to appear in open court, before the tribunal, and whilst under oath or Affirmation, press its/his/her word, upon the record ;

**Thirdly:**  Court cannot take notice of Larry Lynn's [*his*] arguments and [*he*] nor DHR, is not entitled to judgment as a "matter of law";

**Fourthly:**  Note Well: the granting of a [motion for] summary judgment is not favorable, for [normally] a full trial is required, as the interest of justice is, to afford the opportunity, to hear the parties and their evidence.

**Fifthly:**  i, say here, and will verify in open court, that all herein be true;

June 27, 2013

