in
# 'Federal Court'
at
district court of the united States
for middle Alabama

RECEIVED
2013 JUL -1 P 2:03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

i: a man;
*prosecutor*

_____

**DEPARTMENT OF HUMAN RESOURCES:**
*Wrongdoer(s)*

2:13 – CV – 387 - MEF

(verified)

### notice: Characteristic of party:
prosecutor / PRO SE

The *Lentz Court* presents notice:

**Firstly:** i, declare that *a* characteristic of the man, who moves *his* Court and 'my case' (through this venue), is that of a *prosecutor* and not that of a [*thing*] "*PRO SE* ";

**Secondly:** Any document filed into '*my case*' with the word "*PRO SE* "; affixed, court is to take notice of the wrongful conversion and see the term as, *prosecutor*;

**Thirdly:** Any further reference(s) to i, a man, the *prosecutor*, as being refered to as that *thing* stylized as a "*PRO SE* ", court is to take notice as, *contempt of court* ;

> **PROSECUTOR: n.:** 1. One who pursues or carries on any purpose, plan or business.

**Fourthly:** i, say here and will verify in open court, that all herein be true;

_____
June 23, 2013

