in
# 'Federal Court'
at
district court of the united States
for middle Alabama

|  |  |  |
|---|---|---|
| **i: a man;**<br>*prosecutor* | )<br>)<br>)<br>)<br>) | 2:13 – CV – 387 - MEF |
| **DEPARTMENT OF HUMAN RESOURCES:**<br>*Wrongdoer(s)* | )<br>)<br>)<br>) | (verified) |

## notice: Jurisdiction:

(Saving to suitor)

[Supplemental to: notice: Jurisdiction: (Saving to suitor) June 27, 2013]

The *Lentz Court* presents notice:

**Firstly:**   i, a man, as suitor, will choose the manner in which i, present my case to the jury;

> *cf.* U.S. Const. amend. IX

**Secondly:**   No man, nor woman within this Courthouse, has the capacity to interfere, amend, alter, modify, interpret, deny my claim, prior to a verdict rendered from a jury;

> *cf.* Lawrence ??? ??? ??? ???, § 378

**Thirdly:**   i, declare the right to, of, and/or for a 'trial by jury';

> *cf.* U.S. Const. amend. VI

**Fourthly:**   i say here, and will verify in open court, that all herein be true;

_____
June 23, 2013

