IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KARL RUDOLPH LENTZ, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:13-cv-387-MEF |
| ) | |
| DEPARTMENT OF HUMAN ) | |
| RESOURCES, | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On June 14, 2013, the Magistrate Judge filed a Recommendation (Doc. #6) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED for lack of subject matter jurisdiction.

DONE this the 1st day of July, 2013.

                                            /s/ Mark E. Fuller
                                        UNITED STATES DISTRICT JUDGE