IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KARL RUDOLPH LENTZ, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:13-cv-387-MEF |
| DEPARTMENT OF HUMAN RESOURCES, | ) |
| Defendant. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendant and against the plaintiff, that this action is DISMISSED with prejudice, and costs are taxed against the plaintiff.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 1st day of July, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE