in
# 'Federal Court'
at
district court of the united States
for middle Alabama

RECEIVED

2013 JUL -2 P 12: 28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

i, a man;
prosecutor

)
)
)
)
)
)
)
)
)
)

2:13 – CV – 387 - MEF

**DEPARTMENT OF HUMAN RESOURCES:**
*Wrongdoer*(s)

(verified)

## notice: real party:
Supplemental to: *Verifications: June 19, 2013*: DOC 15

The *Lentz Court* presents notice:

**Firstly:**  i, a man, declare: a man, Larry Lynn, *claims* to be **COUNSEL FOR [ALABAMA] DEPARTMENT OF HUMAN RESOURCES** (hereinafter -- DHR) and *he* requests to dismiss '*my case*';

**Secondly:**  The Answer [*opinions*] from [a] Counsel, whilst enlightening to Court are not sufficient for purposes of granting a *motion to dismiss*, for how does Court "*know*" this is what the DHR truly *believes*, the Court is to afford DHR the right to appear in *open court*, before the tribunal, and whilst under oath or Affirmation, *press* its/his/her *word, upon the record* ;

**Thirdly:**  Court cannot take notice of Larry Lynn's [*his*] arguments and [he] nor DHR, is not entitled to judgment as a "matter of law";

**Fourthly:**  Note Well: the granting of a [motion for] summary judgment is not favorable, for [normally] a full trial is required, as the trial setting gives the *triers of fact* the opportunity to observe the parties and their evidence.

**Fifthly:**  i, say here, and will verify in open court, that all herein be true;

June 27, 2013



**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE

1006    36104    $8.70
00066447-03

Flat Rate Mailing Envelope

Visit us at usps.com

TRY FLAT RATE PRIORITY MAIL PRE-PAID!
- Built-in Tracking
- Postage rate locked forever
- No shipping label required
- Free Package Pickup
uspsstore.stamps.com/prepaid

INTERNATIONAL RESTRICTIONS APPLY:

Customs forms are required. Consult the International Mail Manual (IMM) at pe.usps.com or ask a retail associate for details.


**PRIORITY MAIL** For Domestic and International Use
UNITED STATES POSTAL SERVICE

From Carl Lentz
P.O. Box 440
Lexington, VA 24450

TO Federal Court
Debbie : Court Clerk
One Church ST.
Montgomery, AL. 36104

Label 228, January 2008



 Please Recycle

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F-P-PP © U.S. Postal Service; June 2012; All rights reserved.

EP14F-P-PP June 2012 © U.S. Postal Service

Schedule package pickup right from your home or office at usps.com/pickup
Print postage online


PS00001035014