in

# 'Federal Court'

at

District Court of the united States

For middle Alabama

RECEIVED

2013 JUL -2 P 12: 45

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

i: a man;
*prosecutor*

            )

            )

            )

            )

            )

$2:13 - CV - 387 - MEF$

**DEPARTMENT OF HUMAN RESOURCES:**
    *Wrongdoer*(s)

            )

            )

            )

**(verified)**

## notice: party (Real):

The *Lentz Court* presents notice:

**Firstly:**      i, a man, declare my claim is against the Wrongdoer(s) who throughout the years has referred to himself/herself as: **'DEPARTMENT OF HUMAN RESOURCES'** (herein − DHR);

**Secondly:**    A man known as Larry Lynn claims to be: **"COUNSEL FOR** ALABAMA **DEPARTMENT OF HUMAN RESOURCES"**;

**Thirdly:**     Within 'my case' i, claim: DHR; is the Wrongdoer(s);

**Fourthly:**    At this time *Court* does not notice the interloper a: **ALABAMA DEPARTMENT OF HUMAN RESOURCES** as the same *person* as DHR;

**Fifthly:**     *Court* will accept that DHR commerces in other names/titles upon proof of claim;

**Sixthly :**    i, say here, and will verify in open court, that all herein be true

June 27, 2013