in
# 'Federal Court'
at
district court of the united States
for middle Alabama

RECEIVED
2013 JUL -2 P 12: 45

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

i: a man;   )
*prosecutor*  )
_____  )
             )
             )
DEPARTMENT OF HUMAN RESOURCES:  )
    *Wrongdoer*(s)              )
                                )
                                )

2:13 – CV – 387 - MEF

(verified)

### notice: court; Court; COURT:

The *Lentz Court* presents notice:

**Firstly:**   DEPARTMENT OF HUMAN RESOURCES (herein -- DHR) DHR wrote to me that i, should pursue the DHR into a "*court of law*", (not into a *court of: equity; code pleading*; a **FRCP**; *ec&*);

> From: "Long, James E. (DHR)" <James.Long@dhr.alabama.gov>
> Sent: Monday, September 12, 2011 6:46 PM
> Subject: RE: Reason for Failure to respond? "72"
>
> *"DHR does not believe that you have a claim. DHR will not be paying you any money or giving you other relief. If you feel that you have a claim, you should feel free to pursue your complaint in a court of law."*

**Secondly:**   i, and the DHR are now present in a, "*court of law*" [and wait upon the arrival of the jury];

**Thirdly:**   i, do/did not surrender my case to act under the **FEDERAL RULES OF CIVIL PROCEDURE (FRCP)**;

**Fourthly:**   *Court* is under control to the law, common to the people, from within this district [common law];

**Fifthly:**   The jury will judge the matters of the law, which *Court* lays before them;

**Sixthly:**   i, a man see no benefit as being subject to the **FRCP**, Rules promulgated by a Legal Society in which i, am not a member, nor wish to be;

**Seventhly:**   i, say here, and will verify in open court, that all herein be true

June 27, 2013

