in
# 'Federal Court'
at
district court of the united States
for middle Alabama

RECEIVED

2013 JUL -2 P 12: 46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

i: a man;
prosecutor

—————————————————

DEPARTMENT OF HUMAN RESOURCES:
Wrongdoer(s)

)
)
)
)
)
)
)
)
)
)

2:13 – CV – 387 - MEF

(verified)

### notice: *necessary and proper*:

The *Lentz Court* presents notice for i, and for those *similarly situated*:

**Firstly:**  i, a man, declare: a man, Larry Lynn, **claims** to be **COUNSEL FOR [*ALABAMA*] DEPARTMENT OF HUMAN RESOURCES** (hereinafter -- DHR) and *he* requests to dismiss '*my case*';

**Secondly:**  This case, ('*my case*') should please the public, Court and [an honorable] DHR, for a man, Larry Lynn, too notices and admits DHR is wrong [12(b)(6)], yet he make excuses as to why:

- DHR is above the law, and;
- DHR has the right to harm [wo]man, and;
- DHR should not be liable for the act[s] of wrong;

**Thirdly:**  i, say, it is **necessary and proper** to protect and secure the rights of i, *the people*, the Court and DHR, that no [wo]man (nor '*ALMD*' *Employee*) is to interfere with my right to summon the wrongdoer (DHR) into an *open court* before a *tribunal*, and, *require of the Wrongdoer* to *appear under oath or affirmation*, and *press their word*, *upon the record* as to what DHR truly *believes*, what it maintains within DHR's [*limited scope of authority*] capacity in what can or cannot do to the people *in which DHR is a creation of*, for *DHR* [only] *exists to serve as a benefit of* those of [wo]mankind;

**Fourthly:**  i, say here, and will verify in open court, that all herein be true;

X _____
June 27, 2013