in
## 'Federal Court'
at
RECEIVED district court of the united States
for middle Alabama

2013 JUL -2 P 12: 46

| | | |
|---|---|---|
| | ) | |

i: a man; DEBRA P. HACKETT, CLK
prosecutor  U.S. DISTRICT COURT
_____ MIDDLE DISTRICT ALA

**2:13 – CV – 387 - MEF**

)
)
)
)
)

**DEPARTMENT OF HUMAN RESOURCES:**        )                    **(verified)**
*Wrongdoer*(s)                                                      )
                                                                             )

### notice: compensation:

The *Lentz Court* presents notice:

**Firstly:**        i, a man, declare: that compensatory damages are due, posthaste;

**Secondly:**     The arrival of the sum for damages is based upon the belief that to charge by the rate of
                        One-dollar due, *per* every second of the Wrong, is *fair and just*;

**Thirdly:**        **The amount due may appear to be extreme, BUT reflects the extreme of the Wrong;**

**Fourthly:**      To Date, approximately: Three-hundred and Seventy Million-*plus* (370,000,000+)
                        Seconds have passed, since the commencement of the use of an instrument which
                        prevents me from the enjoy[ment] of [my] property;

**Fifthly:**         i, say here, and will verify in open court, that all herein be true;

June 27 2013