in
# 'Federal Court'
at
district court of the united States
for middle Alabama

RECEIVED

i: a man, 2013 JUL -2 P 12: 46 )
prosecutor )
　　　　DEBRA P. HACKETT, CLK )
　　　　U.S. DISTRICT COURT )
DEPARTMENT OF HUMAN RESOURCES: )
　　MIDDLE DISTRICT
Wrongdoer(s) )
)

2:13 – CV – 387 - MEF

(verified)

### notice: [summary] judgments:

The *Lentz Court* presents notice:

**Firstly:** i, a man, declare: a man, Larry Lynn, *claims* to be **COUNSEL FOR [ALABAMA] DEPARTMENT OF HUMAN RESOURCES** (hereinafter -- DHR) and *he* requests to dismiss '*my case*';

**Secondly:** The Answer and Arguments (*opinions*) from [a] Counsel, whilst enlightening, Court cannot take notice of , for they [*his opinions*] are not sufficient for purposes of granting a *motion to dismiss*, nor entitled to judgment [as a "matter of law"]

**Thirdly:** *N.B.,*: the granting of a [motion for] summary judgment is not favorable, for the requirement of an open-court (full) trial is [normally] *necessary and proper*, for said trial setting gives the *trier(s) of fact* the opportunity to observe the parties and their evidence, whilst under oath or affirmation;

**Fourthly:** i, say here, and will verify in open court, that all herein be true;

_____
June 27, 2013

